IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| LOUIS VAUGHNS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:11cv109 |
| THOMAS J. VILSHACK | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiff's notice of dismissal be granted and that the above-styled lawsuit be dismissed with prejudice.

No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is hereby

**ORDERED** that Plaintiff's notice of dismissal is **GRANTED**. The complaint is dismissed with prejudice. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 22nd day of June, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**